UNITED STATES of America, Appellee, v. Sam STEINBERG, alias Joseph Smith, alias J. Smith, Appellant, and Joseph Freedman, alias J. Browne, alias Joseph Browne, Defendant.

No. 479.

Circuit Court of Appeals, Second Circuit.
July 1, 1935.

Joseph Heller, of New York City, for appellant.

F. W. H. Adams, U. S. Atty., of New York City (Joseph W. Burns, of New York City, of counsel), for the United States.

Before L. HAND, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.
Order affirmed.

---

UNITED STATES, Libelant-Appellee, v. TWO TIN BOXES, etc., EUREKA PRODUCTIONS, Inc., Claimant-Appellant.

No. 117.

Circuit Court of Appeals, Second Circuit.
Nov. 21, 1935.

Henry Pearlman, of New York City, for appellant.

---

Edward J. Ennis, of New York City, for the United States.

Before MANTON, L. HAND, and SWAN, Circuit Judges.

PER CURIAM.

Appeal dismissed in open court; the question being moot.

---

UNITED STATES of America v. James M. WHEELER.

No. 8009.

Circuit Court of Appeals, Ninth Circuit.
Oct. 25, 1935.

J. A. Carver, U. S. Atty., and E. H. Casterlin and Frank Griffin, Asst. U. S. Attys., all of Boise, Idaho.

Oppenheim & Lampert, of Boise, Idaho, for appellee.

Before WILBUR, GARRECHT, and HANEY, Circuit Judges.

PER CURIAM.

Upon motion of appellant, stipulated to by appellee, ordered, appeal dismissed; mandate forthwith.